```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JONATHAN CARROW *et al.*,

         *Defendants.*

23 Cr. 398 (NSR)

**ORDER EXCLUDING TIME**

The Court has received an application by DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by Assistant United States Attorney Timothy Ly, and with the consent of JONATHAN CARROW, the defendant, by and through his attorney, FRANK O'REILLY, requesting that the time period from August 10, 2023, to September 14, 2023, the date on which the defendant is scheduled to plead guilty before this Court, be excluded from the computation of the time period within which trial of the charges against the defendant must commence pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Information in this case was filed on August 4, 2023. *See* 18 U.S.C. § 3161(b).

The Government seeks the exclusion of the foregoing period in the interest of justice because it would afford the parties time to finalize a pre-trial resolution, namely, the parties finalizing a plea agreement and the defendant pleading guilty before this Court at the change-of-plea hearing scheduled for September 14, 2023.

Full consideration having been given to the matter set forth therein, it is hereby

[*Continued on the next page*]

ORDERED that the time between August 10, 2023 to September 14, 2023 be excluded from computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated: White Plains, New York

      August __14__, 2023

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE