**MEMO ENDORSED**

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY                                    1735 POST ROAD, SUITE 2C
FRANKOREILLY9@GMAIL.COM                                      FAIRFIELD, CT 06824
                                                              TEL: (203) 913-4608
                                                              FAX: (203) 319-0128

November 28, 2023

<u>VIA ECF</u>

Honorable Nelson S. Román
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Deft's request to adjourn the in-person Sentencing from Dec. 15, 2023 until Mar. 1, 2024 at 9:45 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 62.
> Dated: December 1, 2023
> White Plains, NY
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Jonathan Carrow</u>, 23-cr-398 (NSR)-02

Dear Judge Román

    I am counsel to Jonathan Carrow. I write, with no objection from the government, to respectfully request a 60-day adjournment of Mr. Carrow's sentencing, currently scheduled for December 15, 2023.

    Defense counsel needs additional time to thoroughly prepare a mitigation presentation for the defendant, including letters of support and possibly a psychological evaluation.

    Therefore, with no objection from the government, the defense respectfully requests a 60-day adjournment of Mr. Carrow's sentencing and the corresponding deadlines for sentencing submissions.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s Francis L. O'Reilly

Francis Lee O'Reilly

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/01/2023

cc: All Parties (via ECF)