**MEMO ENDORSED**

# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608  
FAX: (203) 319-0128

February 20, 2024

**VIA ECF**

Honorable Nelson S. Román  
U.S. District Court Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601

> **Deft.'s request to adjourn the in-person Sentencing from Mar. 1, 2024 until May 1, 2024 at 12:00 noon is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 69.**
> **Dated: Feb. 22, 2024**
> **White Plains, NY**
> **SO ORDERED:**
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re: <u>United States v. Jonathan Carrow</u>, 23-cr-398 (NSR)-02

Dear Judge Román

    I am counsel to Jonathan Carrow. I write, with no objection from the government, to respectfully request a 60-day adjournment of Mr. Carrow's sentencing, currently scheduled for March 1, 2024.

    The Court recently approved the appointment of a psychologist to assist in a possible mitigation presentation for Mr. Carrow. Additional time is needed for the psychologist to meet with Mr. Carrow and provide her assessment to the defense.

    Therefore, with no objection from the government, the defense respectfully requests a 60-day adjournment of Mr. Carrow's sentencing and the corresponding deadlines for sentencing submissions.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s Francis L. O'Reilly

Francis Lee O'Reilly

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2024
```

cc: All Parties (via ECF)